**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JIMI MATSON, | |
| Plaintiff, | 2:16-cv-00301-GMN-VCF |
| vs. | **ORDER** |
| EWING BROS, INC., *et al.*, | |
| Defendants. | |

Before the Court are (1) Defendant's Discovery Plan and Scheduling Order (ECF No. 15), (2) Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 19), and (3) Defendant's Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss (ECF No. 16).

Accordingly,

IT IS HEREBY ORDERED that a hearing on (1) Defendant's Discovery Plan and Scheduling Order (ECF No. 15), (2) Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 19), and (3) Defendant's Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss (ECF No. 16) is scheduled for 2:00 p.m., September 19, 2016, in courtroom 3D.

DATED this 9th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE